# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AZEVEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>LVN HUNTINGTON,<br><br>    Defendant. | Case No. 1:15-cv-00163-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A SETTLEMENT CONFERENCE<br><br>(ECF NO. 15) |

Plaintiff Robert Azevedo is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2016, Plaintiff filed a request to refer this case "to the Pro Se Early Settlement Program through the Court's action." On June 3, 2016, an order was entered, directing the U.S. Marshal to serve the February 3, 2016, second amended complaint on Defendant. Until such time as Defendant has entered an appearance and has indicated a willingness to participate in a settlement conference, the Court declines to schedule a settlement conference or refer this case to any settlement program.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a settlement conference is DENIED.

IT IS SO ORDERED.

Dated:  **June 24, 2016**

UNITED STATES MAGISTRATE JUDGE